

# United States District Court
# Eastern District of California

| BOBBIE CEASEAR, |
|---|

Plaintiff(s)

V.

| KINDERCARE EDUCATION LLC, et al. |
|---|

Defendant(s)

Case Number: | 2:25-cv-03269-DC-SCR |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Matthew J. Gagnon _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendants

On _____ 08/31/2011 _____ (date), I was admitted to practice and presently in good standing in the

_____ Northern District of Illinois _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

None

Date: _____ 02/18/2026 _____       Signature of Applicant: /s/ Matthew J. Gagnon

**Pro Hac Vice Attorney**

Applicant's Name: Matthew J. Gagnon

Law Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 155 North Wacker Drive, Suite 4300

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code: (312) 558-1220

City and State of Residence: Chicago Illinois

Primary E-mail Address: matthew.gagnon@ogletree.com

Secondary E-mail Address: sandra.blanch@ogletree.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Elizabeth A. Falcone

Law Firm Name: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Address: 222 SW Columbia Street, Suite 1500

City: Portland    State: OR    Zip: 97201

Phone Number w/Area Code: (503) 552-2140    Bar # 219084

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  February 23, 2026

Dena Coggins
United States District Judge